# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANN JUSTINE WIESNER,
Appellant,
vs.
THE HONORABLE ELIZABETH GOFF
GONZALEZ, DISTRICT JUDGE; THE
HONORABLE DOUGLAS W.
HERNDON, DISTRICT JUDGE; THE
HONORABLE SUSAN JOHNSON,
DISTRICT JUDGE; THE HONORABLE
MICHELLE LEAVITT, DISTRICT
JUDGE; THE HONORABLE MICHAEL
VILLANI, DISTRICT JUDGE; AND THE
HONORABLE JERRY A. WIESE,
DISTRICT JUDGE,
Respondents.

No. 66411

FILED

DEC 02 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal purportedly from an order dated June 15, 2011.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, appellant's notice of appeal, filed August 28, 2014, was filed more than thirty days after the order from which she purports to appeal. See NRAP 4(a)(1);

NRAP 26(c). We conclude that we lack jurisdiction, and we
ORDER this appeal DISMISSED.[1]

_____ Cherry _____, J.
Cherry

_____ Douglas _____, J.
Douglas

_____ Gibbons _____, J.
Gibbons

cc:   Hon. Nancy L. Allf, District Judge
      DeAnn Justine Wiesner
      Eighth District Court Clerk

---

[1]In light of this disposition, any pending motions or documents are rendered moot.